UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERNEST GONZALEZ,

Defendant.

Case No. 6:26-PO-00070-HBK-1

ORDER SETTING CASE MANAGEMENT AND PRETRIAL-MOTION DEADLINES

Defendant appeared for a status conference on October 6, 2026. The Parties confirmed all discovery has been exchanged. The Court set this case for a second status conference for December 8, 2026, at 10:00 a.m. in Yosemite. The following deadlines apply:

**1. Rule 12 motions.** No later than October 21, 2026, Defendant shall file all then-reasonably-available motions that must be made before trial under Federal Rule of Criminal Procedure 12(b)(3), including motions to:

- suppress evidence;
- dismiss the complaint, information, or violation;
- challenge the institution of the prosecution or a defect in the charging document; or
- obtain discovery or other pretrial relief.

**2. Supplemental motions.** A motion based on material first disclosed after the government's substantial initial Rule 16 production shall be filed within 14 calendar days after

disclosure, absent further order or a showing of good cause.

**3. Motion procedure.** All motions must comply with Federal Rules of Criminal Procedure 12, 16, 45, and 47; Local Rule 430.1. Motion must be in writing and noticed for hearing at least 21 days after filing. Any opposition is due within 14 days after the motion is filed. Any reply is due within 4 days after the opposition is filed.

**4. Evidentiary hearings.** A party requesting an evidentiary hearing must do so expressly in its moving or responding papers. The party must identify the material factual issues requiring a hearing, anticipated witnesses to the extent practicable, and a good-faith estimate of time needed for evidence and argument.

**5. Discovery disputes.** Before presenting a discovery dispute to the Court, counsel shall meet and confer. If the dispute remains unresolved, the parties shall promptly request a status conference.

**6. Trial-related dates.** The Court will set a trial confirmation hearing, trial date, and related deadlines at the next status conference.

IT IS SO ORDERED.

Dated: October 14, 2026

Helena M. Barch-Kuchta

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE